IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Criminal No.: RDB-18-050 |
| ALEXANDRA KASTNER | * | |

* * * * * * * * * * * * *

## REQUEST FOR A DETENTION HEARING

NOW COMES, the defendant, Alexandra Kastner, through her attorney, Christopher J. Purpura, and respectfully requests that a Detention Hearing in the above captioned matter be set at the Court's earliest convenience. In support of this motion, Ms. Kastner states the following:

1. Ms. Kastner is charged by way of indictment with Distribution of Heroin in violation of 21 U.S.C. 841.
2. That on March 30, 2017, Ms. Kastner had her initial appearance at which time she consented to detention as she was serving a state sentence for a related offense.
3. That Ms. Kastner entered a guilty plea before this Honorable Court on March 8, 2018 and is awaiting sentencing.
4. That Ms. Kastner now wishes to have a hearing to address her current detention status.

WHEREFORE, it is respectfully requested that this Court grant Defendant's request for a Detention Hearing and set this matter in at the Court's convenience.

Respectfully submitted

_____/s/_____
Christopher J. Purpura, No. 27327
Law Office of Purpura & Purpura
8 East Mulberry St.
Baltimore, MD 21202
Tel: 410-727-8550
cpurpura@purpuralaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of July 2020, a copy of the foregoing request for detention hearing was delivered to Assistant United States Attorney, Michael Hanlon, via ECF.

_____/s/_____
Christopher J. Purpura